**CERTIFICATE OF SERVICE**

<u>**U.S. v. Ramon Macias-Colmenares**</u>
**Case No. 07CR2916-JAH**

Counsel for Defendant RAMON MACIAS-COLMENARES hereby certifies that on this date copies of Defendant's Notice of Motion to Compel Discovery; To Dismiss The Indictment Because It Violates The Presentment Clause; To Produce Grand Jury Transcripts; and Leave to File Additional Motions was served electronically upon the following attorney:

AUSA, Carlos Arguello

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 7, 2007, at San Diego, California.

                                          s/Frederick M. Carroll
                                          Frederick M. Carroll