1 **FREDERICK M. CARROLL**
California State Bar No. 227628
2 424 F Street Suite A
San Diego, Ca 92101
3 Telephone (619) 702-3251

4
   Attorneys for Mr. Macias
5

6

7                        UNITED STATES DISTRICT COURT

8                       SOUTHERN DISTRICT OF CALIFORNIA

9                        **(HONORABLE JOHN A. HOUSTON)**

10

11 UNITED STATES OF AMERICA,          )     CASE NO.  07CR2916-JAH
                                      )
12        Plaintiff,                  )     DATE: NOVEMBER 19, 2007
                                      )     TIME:   8:30 a.m.
13 v.                                 )
                                      )     APPLICATION AND ORDER
14 RAMON MACIAS-COLMENARES,           )     SHORTENING TIME TO FILE
                                      )     DEFENDANTS NOTICE OF
15        Defendant.                  )     MOTION FOR DISCOVERY
                                      )
16                                    )
                                      )
17 _____ )

18 TO:    KAREN P. HEWITT; UNITED STATES ATTORNEY, AND
          CARLOS ARGUELLO, ASSISTANT UNITED STATES ATTORNEY:
19

20        COMES NOW, Frederick M. Carroll, attorney for defendant, RAMON MACIAS-

21 COLMENARES, who makes application for an order shortening time so that the motions listed

22 above may be heard on November 19, 2007, which date was previously reserved for motions in the

23 above captioned matter.

24 //

25 //

26 //

27

28

                                                              07CR2916-JAH

1    The reasons for this application are as follows: Attorney Frederick M. Carroll was ill ad out

2  of the office.  Therefore, Mr. Carroll respectfully request that this Court grant his motion to shorten

3  time based on his understandable inability to meet the commitment on this case, thereby causing the

4  delay in filing the instant motion in a timely manner.

5                                                    Respectfully submitted,

6

7  Date:    11/07/2007                                 S/Frederick M. Carroll
                                                       FREDERICK M. CARROLL
8                                                      Attorney for Defendant,
                                                       Mr. Macias-Colmenares
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28