**CERTIFICATE OF SERVICE**

<u>U.S. v. Ramon Macias-Colmenares</u>
Case No. 07CR2916-JAH

    Counsel for Defendant RAMON MACIAS-COLMENARES hereby certifies that on this date copies of Defendant's Application and Order Shortening Time to File Defendant's Notice of Motion for Discovery was served electronically upon the following attorney:

    AUSA, Carlos Arguello

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 7, 2007, at San Diego, California.

                                              s/ Frederick M. Carroll
                                              FREDERICK M. CARROLL