# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE JOHN A. HOUSTON)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAMON MACIAS-COLMENARES, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. 07CR2916-JAH <br><br> **ORDER SHORTENING TIME** |

ORDER

This matter having been brought to the attention of the court and good cause appearing therefore,

IT IS HEREBY ORDERED that time be shortened for the filing of the attached Notice of Motions and Motions to Compel Discovery and Leave to File Additional Motions, so that the motion hearing may be heard on November 19, 2007 at 8:30 a.m.

DATED: November 9, 2007

_____
HON. JOHN A. HOUSTON
United States District Judge