UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> Ramon Macias-Colmenares <br> Defendant(s) | CRIMINAL NO. 07CR2916-JAH <br> ORDER <br> Remanding <br> ~~RELEASING~~ MATERIAL WITNESS <br> Booking No. 01647298 |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness, be ~~released from custody.~~ (Bond Posted / Case Disposed / Order of Court).

Bond posted on 11/27/07 ordered exonerated.

Jose Aristedes Martinez-Aldon
01646298

DATED: 11/30/07

RECEIVED  LAI
                DUSM

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by  E. Flores
Deputy Clerk