KAREN P. HEWITT
United States Attorney
CARLOS ARGUELLO
Assistant United States Attorney
California State Bar No. 157162
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-6252
Facsimile: (619) 235-2757

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.  07cr2916JAH |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION FOR RELEASE OF** |
| | ) | **MATERIAL WITNESSES & ORDER** |
| RAMON MACIAS-COLMENARES, et. al., | ) | |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Carlos

Arguello, Assistant United States Attorney, and defendants Ramon Macias-Colmenares, Debra

Mika, and Beatrice Arana, by and through and with the advice and consent of their respective

defense counsel, Frederick Carroll, Scott Pactor and Donald Nunn, that:

    1.    The material witnesses in this case:

    Joana Elizabeth Vazquez-Quesada

    Hugo Romero-Lopez

    Jose Aristedes Martinez-Ardon

may be released and remanded immediately to the Department of Homeland Security for

return to their country of origin.

///

1    It is STIPULATED AND AGREED this date.

2                                          Respectfully submitted,

3                                          KAREN P. HEWITT
                                           United States Attorney

4                                          s/Carlos Arguello
5    Dated: December 19, 2007    _____
                                           CARLOS ARGUELLO
6                                          Assistant United States Attorney

7                                          s/Frederick Carroll
     Dated: December 19, 2007    _____
8                                          FREDERICK CARROLL
                                           Defense Counsel for Ramon Macias-Colmenares
9
                                           s/Scott Pactor
10   Dated: December 19, 2007    _____
                                           SCOTT PACTOR
11                                         Defense Counsel for Debra Mika

12                                         s/Donald Nunn
     Dated: December 19, 2007    _____
13                                         DONALD NUNN
                                           Defense Counsel for Beatrice Arana

14

15   _____

16                          **O R D E R**

17       Upon joint application and motion of the parties, and for good cause shown,

18       **IT IS ORDERED** that the above-named material witnesses be released and remanded

19   forthwith to the Department of Homeland Security for return to their country of origin.

20       **SO ORDERED.**

21       Dated: _____.    _____
                                           HONORABLE PETER C. LEWIS
22                                         United States Magistrate Judge

23

24

25

26

27

28