UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07cr2916JAH |
| Plaintiff, ) | |
| v. ) | **ORDER RELEASING MATERIAL WITNESSES** |
| RAMON MACIAS-COLMENARES, et. al., ) | |
| Defendants. ) | |

Upon joint application and motion of the parties, and for good cause shown,

**IT IS ORDERED** that the following material witnesses be released and remanded forthwith to the Department of Homeland Security for return to their country of origin:

    Joana Elizabeth Vazquez-Quesada

    Hugo Romero-Lopez

    Jose Aristedes Martinez-Ardon

**SO ORDERED.**

DATED: December 31, 2007

JOHN A. HOUSTON
United States District Judge