UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff　　　　 )<br>　　　　　　　　　　　　　 )<br>vs.　　　　　　　　　　　　 )<br>Ramon Macias-Colmenores )<br>　　　　　Defendant(s)　　　 )<br>_____ ) | CRIMINAL NO. 07CR2916-JAH<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Hugo Romero-Lopez

DATED: 1-3-08

　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECIEVED _____　　　　　　　　　　　OR
　　　　　DUSM

　　　　　　　　　　　　　　　　　　W. SAMUEL HAMRICK, JR.   Clerk
　　　　　　　　　　　　　　　　　　　　by
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95
☆ U.S. GPO: 2003-581-774/70082