# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> RAMON MACIAS-COLMENARES, ) <br> Defendant(s) et al ) | CRIMINAL NO. 07CR2916-JAH <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / <u>Order of Court</u>).

Hugo Romero-Lopez

DATED: 1/2/08

JOHN A. HOUSTON

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
          DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
   Deputy Clerk