UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　)<br>RAMON MACIAS - COLMENARES, )<br>　　　　Defendant(s) et al　　 )<br>　　　　　　　　　　　　　　　) | CRIMINAL NO. 07CR2916-JAH<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / <u>Order of Court</u>).

Jose Aristedes Martinez - Ardon

DATED: 1/2/08

JOHN A. HOUSTON

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____

Deputy Clerk